UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAWRENCE STEELE,

      Petitioner,

  v.

ISAAC FULWOOD,

      Respondent.

Case No. 10-cv-1965-RSM

ORDER OF DISMISSAL

The Court, after careful consideration of petitioner's petition for writ of mandamus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The petition for writ of mandamus, Dkt. 4, is DENIED as moot and this case is DISMISSED without prejudice.

    (3)    The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 16 day of March 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 1